**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6233**

———————

FLOYD GLENN WILLIAMS,

Petitioner - Appellant,

versus

RICHARD A. LANHAM; ATTORNEY GENERAL OF THE
STATE OF MARYLAND,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
95-989-DKC)

———————

Submitted: April 29, 1998        Decided: May 13, 1998

———————

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Floyd Glenn Williams, Appellant Pro Se. Ann Norman Bosse, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994) (current version at 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998)). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Appellant's motion for a certificate of appealability, deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Williams v. Lanham, No. CA-95-989-DKC (D. Md. Jan. 30, 1997). See Lindh v. Murphy, 117 S. Ct. 2059 (1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED